CASANUEVA, Judge,
Concurring.
I agree that this petition for writ of certiorari must be denied because the trial cóurt did riot depart from the essential requirements of the law in ordering an ex parte hearing. See Parkway Bank v. Fort Myers Armature Works, Inc., 658 So.2d 646, 648 (Fla. 2d DCA 1995) (holding that a petitioner seeking a writ of certiorari “must establish (1) a departure from the essential requirements of the law, (2) resulting in material injury for the remainder of the trial (3) that cannot be corrected on postjudgment appeal”). However, I note that the closure of civil proceedings is governed by Barron v. Florida Freedom Newspapers, Inc., 531 So.2d 113 (Fla.1988), and compliance with Canon 3B(7) of the Code of Judicial Conduct does not necessarily meet the requirements outlined in Barron. Regardless, this issue was not raised in the trial court or in this court, and this court is precluded from addressing it in this limited certiorari proceeding.